# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MESHELL A. HALE

NO. 2019 KW 0623

JUL 2 2 2019

---

In Re:    Meshell A. Hale, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 06-18-0117.

---

**BEFORE:    McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.**

   **WRIT DENIED.**

                              **PMc**
                              **TMH**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
           FOR THE COURT